IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| MS. SHANNON M. NOEL, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-CV-00572-CBB |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 30th day of June, 2026, upon consideration of Noel's motion

for summary judgment ECF No. 11,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.

IT IS FURTHER ORDERED that the Commissioner's decision denying

Plaintiff's claims for disability benefits is AFFIRMED.  A separate Fed. R. Civ. P. 58

Judgment Order follows.

BY THE COURT:


s/Christopher B. Brown
United States Magistrate Judge

1